IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. SCHILLER,

    **Plaintiff,**

v.                                   Case No. 4:15cv631-MW/GRJ

FDOC SECRETARY
JULIE JONES, et al.,

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court." All pending motions are denied for the reasons set forth in the report and recommendation. The Clerk shall close the file.

**SO ORDERED on April 14, 2016.**

                                                s/Mark E. Walker             
                                                **United States District Judge**